UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JAMES SEABROOK, on his own behalf and on behalf of others similarly situated,

                         *Plaintiff*,

               -against-

CITY OF NEW YORK; LYNELLE MAGINLEY-LIDDIE; LOUIS MOLINA; VINCENT SCHIRALDI; CYNTHIA BRANN; RONALD BRERERTON; and ANTHONY MONASTERO,

                         *Defendants*.

-------------------------------------------------------------X

**NOTICE OF APPEARANCE**

24 Civ. 2029 (PKC)

**PLEASE TAKE NOTICE** that I, Dayrel S. Sewell, am the Managing Principal of LAW FIRM OF DAYREL SEWELL, PLLC, attorney for Defendants City of New York, Department of Corrections ("DOC") Commissioner Lynelle Maginley-Liddie, DOC Former Commissioners Louis Molina, Vincent Schiraldi, Cynthia Brann, Deputy Commissioner of Security Operations of DOC Ronald Brereton, and head of the DOC Custody Management Unit Anthony Monastero, in the above-captioned action, presently assigned to this action as an attorney to be noticed. Accordingly, all future filings, or other information, related to this action should be directed to me at the below address. ECF notification and all other inquiries can be directed to the email address: info@sewellnylaw.com.

Dated:  August 26, 2024
          Brooklyn, New York

                                            Yours, etc.

                                            LAW FIRM OF DAYREL SEWELL, PLLC
                                            *Attorneys for Defendants*

        599 E. 2nd Street  
        Brooklyn, New York 11218  
        Tel.: (347) 787-6824  

BY:     /s/  
        Dayrel Sewell, Esq., MPH

2