UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

JAMES SEABROOK, on his own behalf and on behalf of others similarly situated,

                *Plaintiff*,

-against-

CITY OF NEW YORK; LYNELLE MAGINLEY-LIDDIE; LOUIS MOLINA; VINCENT SCHIRALDI; CYNTHIA BRANN; RONALD BRERERTON; and ANTHONY MONASTERO,

                *Defendants*.

------------------------------------------------------------------------x

**NOTICE OF MOTION**

24 Civ. 2029 (PKC)

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Dayrel S. Sewell, dated October 18, 2024, and the exhibits annexed thereto; the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss; and all prior pleadings and proceedings had herein, Defendants the City of New York, Lynelle Maginley-Liddie, Louis Molina, Vincent Schiraldi, Cynthia Brann, Ronald Brereton, and Anthony Monastero, will move this Court, before the Honorable P. Kevin Castel, at the United States Courthouse for the Southern District of New York located at 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing Plaintiff's Complaint against Defendants, and for such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's August 28, 2024 Order, opposition papers shall be filed on or before November 15, 2024.

- 2 -

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's August 28, 2024 Order, reply papers shall be filed on or before December 3, 2024.

Dated:   Brooklyn, New York
         October 18, 2024

                                    LAW FIRM OF DAYREL SEWELL, PLLC
                                    *Attorney for Defendants*
                                    599 E. 2nd Street
                                    Brooklyn, New York 11218
                                    Tel.: (347) 787-6824
                                    E-mail: info@sewellnylaw.com


                            By:          /s/
                                    Dayrel S. Sewell, Esq., MPH
                                    Min Jung Kim, Esq.


cc: All Attorneys of Record (via ECF)