UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JAMES SEABROOK, on his own behalf and on
behalf of others similarly situated,

                Plaintiff,

-against-                      24 **CIVIL** 2029 (PKC)

## JUDGMENT

CITY OF NEW YORK; LYNELLE M AGINLEY-
LIDDIE; LOUIS MOLINA; VINCENT
SCHIRALDI; CYNTHIA BRANN; RONALD
BRERERTON; and ANTHONY MONASTERO,

                Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 4, 2025, defendants' motion to dismiss the Amended Complaint is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

      August 5, 2025

                                      **TAMMI M. HELLWIG**

                                      **Clerk of Court**

**BY:**      *K. Mango*

                                      **Deputy Clerk**